176 F.3d 472
 The International Islamic Community of Masjid Baytul-Khaliq,
Inc., Imam Abdallah Yasin, Imam Abdallah Yasin, as Father,
Next of Kin for Muhammad, Yasmeen, Asmaa Yasin, His Minor
Children, Aminah Bayyan Yasin, Aminah Bayyen Yasin, as Next
of Kin for Her Minor Granddaughter Tahirah Bell, Jannah
Carter Yasin, Jannah Carter Yasin, as Mother, Next of Kin
for Anita, Ernest, Hilda, Carol McCurdy, Her Minor Children
v.
U.S., Thomas A. Constatine, Director of
 NO. 97-7594
 United States Court of Appeals,
Third Circuit.
 January 05, 1999
 
 1
 Appeal From: D.V.I. , No.93-00166 ,
 
 
 2
 Moore, C.J.,
 
 981 F.Supp. 352
 
 3
 Affirmed.